PROGRESSIVE CASUALTY INSURANCE COMPANY *v.*
MARION LAWRENCE DiGANGI, ADMINISTRATRIX
(ESTATE OF JAMES LAWRENCE), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 137, is granted.

*Jon S. Berk,* in support of the petition.

*Thomas B. Wilson,* in opposition.

Decided September 24, 1985

SANDRA SHAPIRO *v.* CITY OF HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 315, is denied.

*Ronald Cassidento,* in support of the petition.

*Richard H. Goldstein,* corporation counsel, and *Christine E. Keller,* assistant corporation counsel, in opposition.

Decided September 24, 1985

SANDRA SHAPIRO *v.* CITY OF HARTFORD

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 315, is denied.

*Richard H. Goldstein,* corporation counsel, and *Christine E. Keller,* assistant corporation counsel, in support of the petition.

Decided September 24, 1985